FILED IN
COURT OF CRIMINAL APPEALS

September 9, 2015

ABEL ACOSTA, CLERK

PD-1067-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/9/2015 10:28:05 AM
Accepted 9/9/2015 12:59:02 PM
ABEL ACOSTA
CLERK

NO. _____

IN THE
COURT OF CRIMINAL APPEALS OF TEXAS

*Granted*
*PC*
*9-9-15*

EX PARTE JAMES RICHARD "RICK" PERRY,
Appellant

On Appeal From The 390th Judicial District Court,
Travis County, Texas, Cause No. D-1-DC-14-100139

## APPELLANT'S MOTION FOR LEAVE TO FILE SUPPLEMENT TO PETITION FOR DISCRETIONARY REVIEW

TO THE COURT OF CRIMINAL APPEALS OF TEXAS:

COMES NOW Appellant, James Richard "Rick" Perry (Governor Perry), and pursuant to Tex.R.App.P. 68.10, presents this Motion for Leave to File Supplement to Petition for Discretionary Review, and would respectfully show this Honorable Court the following:

I.

On July 24, 2015, the Third Court of Appeals issued a published opinion, granting relief on Count II because the statute was unconstitutionally overbroad, **TAB 1** at 32-97, but denying relief on Count I on cognizability grounds. *Id.* at 10-32.

Governor Perry filed his petition for discretionary review on August 18, 2015, seeking review only of the court of appeals' opinion regarding cognizability as to

Count I. Ten days later, however, the State Prosecuting Attorney filed a petition seeking review on Count II. Governor Perry therefore must raise conditionally as supplemental grounds for review the court of appeals' denial of cognizability as to Count II.

On September 7, 2015, Governor Perry attempted to file what he labeled a cross-petition for discretionary review under Tex.R.App.P. 68.2(b), raising the court of appeals' denial of relief on Count II on cognizability grounds in the event the Court granted review of the State Prosecuting Attorney's petition. On September 8, the Clerk's Office rejected Governor Perry's filing, advising Governor Perry's counsel that the most appropriate manner to proceed is to seek leave to supplement his originally filed petition with the additional, supplemental, and contingent grounds for review. While undersigned counsel do not believe that the rules require that Governor Perry's petition be supplemented in order to preserve his supplemental, contingent grounds for review, they file this motion in compliance with the Clerk's direction in order to put all the issues before the Court. The supplement to the petition seeks review of the court of appeals' opinion regarding cognizability as to Count II if, but only if, this Court grants review of the State's petition. Thus, none of the grounds presented in the supplement need to be addressed by this Court unless it first determines that the judgment of the court of appeals as to Count II was in error and should be reversed.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Governor Perry respectfully prays

that this Court grant leave to file his supplement to petition for discretionary review

because "justice requires" that he be permitted to do so. *See* Tex.R.App.P. 68.10.

Respectfully submitted,

THE BUZBEE LAW FIRM

*/s/ Anthony G. Buzbee*
Anthony G. Buzbee
State Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002 ·
Tbuzbee@txattorneys.com
Telephone: 713-223-5393
Facsimile: 713-223-5909

BAKER BOTTS L.L.P.

*/s/ Thomas R. Phillips*
Thomas R. Phillips
State Bar No. 00000102
San Jacinto Center
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701-4078
tom.phillips@bakerbotts.com
Telephone: 512-322-2565
Facsimile: 512-322-8363

BOTSFORD & ROARK
*/s/ David L. Botsford*
David L. Botsford
State Bar No. 02687950
1307 West Ave.
Austin, Texas 78701
dbotsford@aol.com
Telephone: 512-479-8030
Facsimile: 512-479-8040

3

## CERTIFICATE OF SERVICE

This is to certify that a true and complete copy of this document has been emailed to Michael McCrum at michael@McCrumlaw.com, David Gonzalez at david@sg-llp.com and to Lisa McMinn, State Prosecuting Attorney, at lisa.mcminn@spa.texas.gov on the same date it was electronically filed with the Clerk of the Court of Criminal Appeals.

/s/ David L. Botsford
David L. Botsford